H. GORDON SMITH, Appellant, *v.* WILLIAM S. KIRKPATRICK, Respondent.

Submitted June 1, 1953; decided July 14, 1953.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 305 N. Y. 66.]